Ernest M. Culp, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Jacob Felten, Appellant, v. Coney Island and Brooklyn Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Frank Godesky, Appellant, v. Elizabeth A. Cuff and Michael Cuff, Respondents, Impleaded with Nassau Lumber Company.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Antonina Kubiak, Respondent, v. Metropolitan Life Insurance Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Herman Lazarus, an Infant, by Max Lazarus, His Guardian ad Litem, Appellant, v. Antonio Eisler and William H. Lambert, Copartners, etc., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ.

Harry E. Seal and Others, Suing on Behalf of Themselves and All Other Stockholders and Creditors of the Moore Filter Company, Respondents, v. George Moore and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Vincenzo Telesca, Respondent, v. The Ebling Brewing Company and Frederick Stolpa, Appellants.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ., concurred.

Levi Williams, Respondent, v. New York Telephone Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Carr, Rich and Putnam, JJ., concurred; Thomas, J., dissented.

Annie Zaun, Respondent, v. Charles J. Ahlborn, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ.

Max Chasen, Respondent, v. Astoria Light, Heat and Power Company, Appellant.— Plaintiff's reaching his arm beneath the belting and along the face of the revolving pulley to apply a cling material, so as to make the pulley engage the belting, was· incurring needlessly the obvious risk